**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**

In re:
ANTHONY MANDATTA, Jr.

Case No: 10-24111-BKC-JKO
Chapter 13

Debtor
_______________________________/

## OBJECTION TO CLAIM OF HSBC NEVADA # 8

***IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM***

***This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. This objection also sets an expedited hearing on this objection on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).***

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis of Objection and Recommended Disposition |
|---|---|---|---|
| 8<br>. | HSBC Nevada | $1714.75 | Collateral does not exist.<br><br>Recommend Strike Claim or classify as general unsecured. |

Respectfully submitted on this **21st** day of January, 2011.

**BROWN, VAN HORN, P.A.**
330 N. Andrew Avenue
Suite 450
Fort Lauderdale, Florida 33301
954-765-3166 (Telephone)
954-765-3382 (Facsimile)
www.BrownVanHorn.com
Email: Hollie@BrownVanHorn.com

_________________________

By: **/s/ Hollie F Kirsner**
Hollie F Kirnser, Esq.
Florida Bar No.63949

The movant, or movant's counsel, **Hollie F Kirsner, Esq**., shall serve a copy of this objection and notice of hearing on all required parties and shall file this original objection and notice and completed certificate of service (printed on reverse) with the court ***not later than 14 days prior to the hearing date***.

All moving or objecting parties shall bring to the hearing, a proposed order, sustaining their position, with appropriate copies and envelopes.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this "Objection to Proof of Claim and Notice of Hearing On Shortened Notice On Objection to Claim" were served on all parties listed below on the following parties: Robin R. Weiner, Esq**.**, Chapter 13 Trustee, (via ECF):

1. HSBC Nevada Bank c/o Bass * Associates, P.A., 3936 E. Fort Lowell, Suite 200, Tucson, AZ 85712 [Creditor has requested that notices be sent to this address as per the proof of claim filed on ECF.]

Served on this **21st** day of January, 2011.

**BROWN, VAN HORN, P.A.**
330 N. Andrew Avenue
Suite 450
Fort Lauderdale, Florida 33301
954-765-3166 (Telephone)
954-765-3382 (Facsimile)
www.BrownVanHorn.com
Email: Hollie@BrownVanHorn.com

By**: /s/ Hollie F Kirsner**
Hollie F Kirnser, Esq.
Florida Bar No.63949